UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

STEVEN JENSEN,

        Plaintiff,        Case No. 1:23-cv-10607

v.        Honorable Thomas L. Ludington
        United States District Judge

MCLAREN BAY REGION, et al.,

        Honorable Patricia T. Morris
        Defendants.        United States Magistrate Judge
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION, GRANTING PLAINTIFF'S MOTION TO REMAND, AND REMANDING CASE**

On July 25, 2023, Magistrate Judge Patricia T. Morris, issued a report recommending that Plaintiff Steven Jensen's Motion to Remand, ECF No. 10, be granted and that the case be remanded to the Bay County Circuit Court. ECF No. 16; *see also* FED. R. CIV. P. 41(b). Judge Morris provided 14 days to object, but the parties did not do so. They have therefore forfeited their right to appeal Judge Morris's findings. *See Berkshire v. Dahl*, 928 F.3d 520, 530–31 (6th Cir. 2019) (citing *Thomas v. Arn*, 474 U.S. 140, 149 (1985)). There is no clear error in the Report.

Accordingly, it is **ORDERED** that Judge Morris's Report and Recommendation, ECF No. 16, is **ADOPTED**.

Further, it is **ORDERED** that Plaintiff's Motion to Remand, ECF No. 10, is **GRANTED**.

Further, it is **ORDERED** that Plaintiff's Complaint, ECF No. 1-1, is **REMANDED** to the Bay County Circuit Court.

    **This is a final order.**

Dated: August 9, 2023        s/Thomas L. Ludington
        THOMAS L. LUDINGTON
        United States District Judge